Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
Lynne Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998

Attorneys for Defendants CITY OF BERKELEY, BROWN, TU, SMITH, MATHIS, GARDNER, KASTMILER, PHILIPS, and CARDOZA

John L. Burris, SBN 69888
Adante D. Pointer SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, 1120
Oakland, CA 94621
Telephone: (510) 839-5200

Attorneys for Plaintiffs The ESTATE OF XAVIER MOORE and ARTHUR MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE, individually and as successor in interest of XAVIER 'KAYLA' MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, OFFICER G. BROWN, OFFICER K. TU, OFFICER B. SMITH, OFFICER B. MATHIS, OFFICER T. GARDNER, OFFICER N. KASTMILER, OFFICER A. PHILIPS, B. CARDOZA, and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-00669-CRB<br><br>STIPULATION AND ORDER ORDER RE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS/STRIKE |

The parties, by and through their respective attorneys of record, hereby stipulate that Defendants City of Berkeley, Gwendolyn Brown, et. al., shall have until August 22, 2014 to file their Reply Brief in support of their Motion to Dismiss the First Amended Complaint for Failure to State a

1  Claim Under FRCP 12(b)(6) and Strike Improper Allegations, currently scheduled for hearing on
2  September 26, 2014 at 10:00 a.m.

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted:

Dated:  August  7 , 2014

By:  _____/s/_____
LYNNE S. BOURGAULT
Attorneys for Defendants

Dated:  August  7, 2014

By:  _____/s/_____
ADANTE POINTER
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 11, 2014      _____
United S[tates]

IT IS SO ORDERED
Judge Charles R. Breyer

2
Case No. 3:14-cv-00669-CRB