IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF BERKELEY ET AL.,<br><br>    Defendants. | No. C14-00669 CRB<br><br>**ORDER TO SHOW CAUSE** |

Counsel for Plaintiff Arthur Moore is hereby ORDERED TO SHOW CAUSE why he should not be sanctioned for failing to appear at the settlement conference today before Judge Maria-Elena James. Counsel for Plaintiff must appear in person, in this Court, on Friday, December 19, 2014 at 10:00 AM, for a hearing on this Order.

**IT IS SO ORDERED.**

Dated: December 16, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE