IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE,<br><br>  Plaintiff,<br><br> v.<br><br>CITY OF BERKELEY ET AL.,<br><br>  Defendants. | No. C14-00669 CRB<br><br>**ORDER TO PAY SANCTIONS** |

For the reasons stated in open court, counsel for Plaintiff Arthur Moore is ORDERED to pay sanctions to the Clerk of the Court in the amount of $1,000, and to pay Defendant the City of Berkeley $656.74 for costs incurred, as reflected in dkt. 40. Counsel for Plaintiff is to submit proof of such payments within thirty (30) days of this Order.

**IT IS SO ORDERED.**

Dated: January 13, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE