UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BERKELEY, et al.,<br><br>        Defendants. | Case No. 14-cv-00669-CRB   (MEJ)<br><br>**SCHEDULING ORDER RE FURTHER SETTLEMENT CONFERENCE** |

A Settlement Conference was held today, April 29, 2015, in the above matter. The case did not settle. **A further Settlement Conference is scheduled for Monday, June 29, 2015, at 1:30 p.m., in Chambers**. As discussed, Counsel for Defendant shall **lodge** with Chambers, and serve Counsel for Plaintiff, a **settlement** proposal no later than **May 22, 2015**. Counsel for Plaintiff shall **lodge** with Chambers, and serve Defendant, a **response** to that proposal no later than **June 12, 2015**.

     **IT IS SO ORDERED.**

Dated: April 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge