JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiff

Zach Cowan, City Attorney, SBN 96372
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: LBourgault@cityofberkeley.info

Attorneys for Defendants CITY OF BERKELEY, BROWN, TU, SMITH, MATHIS, GARDNER, KASTMILER, PHILIPS, and CARDOZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE, individually and as successor in interest of XAVIER 'KAYLA' MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, OFFICER G. BROWN, OFFICER K. TU, OFFICER B. SMITH, OFFICER B. MATHIS, OFFICER T. GARDNER, OFFICER N. KASTMILER, OFFICER A. PHILIPS, B. CARDOZA, and DOES 1-50,<br><br>Defendants. | No. 3:14-cv-00669-CRB<br><br>[PROPOSED] ORDER AND STIPULATION SETTING CASE MANAGEMENT CONFERENCE |

The parties hereby stipulate through their undersigned counsel to the setting of a Case Management Conference in the above-entitled case on December 11, 2015 at 8:30 a.m.  The

1

[PROPOSED] ORDER AND STIPULATION SETTING CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-00669-CRB

1 | parties will prepare a Joint Case Management Statement in accordance with the Court's rules
2 | and orders.

3

4 | DATED: November 23, 2015.        Respectfully submitted:

5 |                                  LAW OFFICES OF JOHN L. BURRIS

6 |                                  By:   */s/ Adante D. Pointer*
7 |                                        ADANTE D. POINTER
                                           Attorney for Plaintiff

8

9 | DATED:  November 23, 2015        ZACH COWAN, City Attorney
10 |                                  LYNNE S. BOURGAULT, Deputy City Attorney

11 |                                  By:          /s/ Lynne S. Bourgault
12 |                                        LYNNE S. BOURGAULT
                                           Attorneys for Defendants

13

14 | **IT IS SO ORDERED**.

15

16 |   November 24   , 2015
     Date                              _____
17 |                                   The Honorable Charles R. Breyer
                                       District Judge