IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOORE, | No. C14-00669 CRB |
| Plaintiff, | **ORDER TO DISCLOSE COMPLETE DEPOSITION TRANSCRIPTS** |
| v. | |
| CITY OF BERKELEY ET AL., | |
| Defendants. | |

Based on its review of the deposition transcript excerpts attached as exhibits to the Bourgault Declaration (dkt. 57), the Court has determined that relevant portions may have been omitted. Counsel for Defendants are ORDERED to submit complete transcripts for the depositions of Sergeant Philips and Officers Brown, Tu, Smith, Mathis, Gardner, Cardoza, and Kastmiler no later than Friday, September 16 at 5:00pm.

**IT IS SO ORDERED.**

Dated: September 16, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE