AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

ARTHUR MOORE

Plaintiff (s),

V.

CITY OF BERKELEY,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00669CRB

Notice is hereby given that, subject to approval by the court, __City of Berkeley__ substitutes
(Party (s) Name)

__Farimah F. Brown__, State Bar No. __201227__ as counsel of record in
(Name of New Attorney)

place of __Zach Cowan__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Berkeley City Attorney's Office

Address: 2180 Milvia St., 4th Fl., Berkeley, CA 94704

Telephone: (510) 981-6998     Facsimile (510) 981-6960

E-Mail (Optional): FBrown@cityofberkeley.info

I consent to the above substitution.

Date: 7/27/2017

*[signature]*
Attorney for defendants
(Signature of Party (s))

I consent to being substituted.

Date: 7/27/2017

ZACH COWAN
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/27/2017

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 11, 2017

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]